IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01074-TPO

ROB'S PRO PHOTO, LLC,

    Plaintiff,

v.

21ST CENTURY MEDIA NEWSPAPER LLC,

    Defendant.

---

### MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 6, 2025.**

    For good cause shown and noting that it is unopposed, Plaintiff's Stipulation [ECF 12] to amend its complaint to change the Defendant's name is **granted**.

    The Clerk of Court shall file the Plaintiff's Amended Complaint (found in the record at ECF 12-1) separately onto the case docket sheet, and the Clerk of Court shall change the Defendant's name accordingly in the case caption (as this Court does above for this Minute Order).